**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RICHARD WILLIAM PAYNE** | ) | |
| | ) | |
| **v.** | ) | 3-05-CV-369-D |
| | ) | |
| **UNITED STATES MARSHAL'S OFFICE** | ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

It is therefore ordered that petitioner's motion for expunction of frivolous arrest records is denied.

December 5, 2005.

_____
**SIDNEY A. FITZWATER**
**UNITED STATES DISTRICT JUDGE**